# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

DWAINE GOINGS,

    Plaintiff,

v.

HILLSBOROUGH POINTE, LLC.,
SCHWALB HOMES, INC., dba SCHWALB
REALTY, and SHAWN KNUDSEN,

    Defendants.

CASE NO. 8:16cv00064

**ORDER**

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The Court finds that the parties' Joint Stipulation should be granted pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice is granted, and that this case is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 14th day of May, 2018.

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      Senior United States District Judge